In the Matter of the Claim of ENID DELANEY, Respondent, against ROSE GELLMAN, Doing Business under the Name of ECONOMY WINDOW CLEANING Co., Respondent, and EMPIRE STATE MUTUAL INSURANCE COMPANY OF NEW YORK, Appellant

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — insurance — claim by insurance carrier that policy had been canceled.*

*Matter of Delaney* v. *Gellman*, 220 App. Div. 794, affirmed.
(Argued November 21, 1927; decided December 6, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1927, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. The insurance carrier

contended that the policy had been canceled prior to the accident herein and, therefore, an award against it was erroneous.

*Jeremiah F. Connor* for appellant.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.